IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

DAVID LIN,

    Defendant.

NO. CR 11-0393 TEH

ORDER REGARDING RESPONSE TO MOTION IN LIMINE

The Court is in receipt of a fourth motion *in limine* from the United States, which seeks to exclude evidence of a prior conviction sustained by one of the witnesses for the prosecution in this matter. Trial being set to begin on Tuesday, May 1, 2012, the Court hereby ORDERS Defendant Lin to file his response to this motion **by noon on Monday, April 30, 2012**, in order that the Court may make a timely ruling on this motion.

**IT IS SO ORDERED.**

Dated: 4/26/12

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT