1   MELINDA HAAG (CABN 132612)
    United States Attorney
2
    MIRANDA KANE (CABN 150630)
3   Chief, Criminal Division

4   THOMAS E. STEVENS (CABN 168362)
    Assistant United States Attorney
5
        450 Golden Gate Avenue
6       San Francisco, California  94102
        Telephone:  (415) 436-7232
7       Facsimile:  (415) 436-7234
        Email:  Thomas.Stevens@usdoj.gov
8
9   Attorneys for Plaintiff

10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12                 SAN FRANCISCO DIVISION

13

14  UNITED STATES OF AMERICA,        )  No. CR 11-00393 THE
                                     )
15          Plaintiff,               )
                                     )  **STIPULATION AND [~~PROPOSED~~]**
16      v.                           )  **ORDER RE:  RESTITUTION**
                                     )  **PROCEEDINGS**
17  JAMES STANLEY WARD,              )
    EDWARD GEORGE LOCKER,            )
18  RICHARD FERGUSON TIPTON, and     )
    DAVID CHING HSIU LIN,            )
19                                   )
                                     )
20          Defendants.              )
                                     )
21  _____ )

22          The United States of America, through the United States Attorney for the Northern District

23  of California, defendant James S. Ward ("Ward"), through his counsel Geoffrey Hansen,

24  defendant Edward G. Locker ("Locker"), through his counsel Anthony Brass, defendant Richard

25  F. Tipton ("Tipton"), through his counsel Lidia Stiglich, and defendant David C.H. Lin ("Lin"),

26  through his counsel Charles Smith, hereby stipulate and agree as follows:

27          1.      WHEREAS, this Court sentenced the defendants as follows:  Ward on August 20,

28  2012, Tipton and Lin on September 24, 2012, Locker on October 15, 2012;

    STIPULATION RE: RESTITUTION PROCEEDINGS
    CR 11-00393 TEH

1     2.    WHEREAS, in connection with those sentencing proceedings, the United States

2 has requested, pursuant to 18 U.S.C. § 3664(d)(5), that the Court determine restitution in a

3 separate proceeding;

4     3.    WHEREAS, by prior stipulation of the parties, the Court set a schedule for briefing

5 and a hearing on restitution, the parties submitted briefing, and the hearing was to be held on

6 October 29, 2012;

7     4.    WHEREAS, the Court was unavailable to conduct the hearing on October 29;

8     5.    WHEREAS, defendants Ward and Locker reside in Ohio, and the United States

9 does not object to their request that the Court waive their personal appearance at a subsequent

10 restitution hearing;

11     6.    NOW, THEREFOR, the parties hereby stipulate and agree as follows:

12     A.    18 U.S.C. § 3664(d)(5) further provides that "the court shall set a date for

13 the final determination of the victim's losses, not to exceed 90 days after sentencing."

14     B.    In order to comply with the above-referenced statute, the parties seek an

15 order of the Court, entered prior to the expiration of the 90-day cut-off date from the date of the

16 earliest sentence imposed (*i.e.,* prior to November 20, 2012), that the Court will amend the

17 judgments of each defendant to an include an order of restitution, leaving open only the amount to

18 be ordered. *See Dolan v. United States,* 130 S. Ct. 2533 (2010).

19     C.    The final restitution hearing shall be held on December 3, 2012, at 10:00

20 a.m. in Courtroom 2, 17th floor.

21     D.    The United States does not object to the request of defendants Ward and

22 Locker for an order waiving their personal appearance at the December 3, 2012, hearing.

23

24 DATED:    November 1, 2012              /s

                                    ANTHONY BRASS

25                                     Counsel for Defendant Locker

26

27 DATED:    October 30, 2012              /s

                                      LIDIA STIGLICH

28                                     Counsel for Defendant Tipton

DATED:     October 30, 2012          /s
                                     GEOFFREY HANSEN
                                     Counsel for Defendant Ward

DATED:     October 30, 2012          /s
                                     CHARLES SMITH
                                     Counsel for Defendant Lin

DATED:     November 1, 2012          /s
                                     THOMAS E. STEVENS
                                     Assistant U.S. Attorney

# [PROPOSED] ORDER

    Based upon the Stipulation by the parties and for good cause shown, IT IS HEREBY
ORDERED that the defendants are ordered to pay restitution, for which they are jointly and
severally liable, in an amount to be finally determined at a restitution hearing to be held at 10:00
a.m. in Courtroom 2, 17th Floor, on Monday, December 3, 2012.  The Court waives the
requirement that defendants Ward and Locker personally appear at this hearing.

DATED:  November ___5__, 2012

                                     THELTON E. HEN_____ ___ge
                                     United S_____

                                     Judge Thelton E. Henderson