IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JAMES WARD, et al.,

    Defendants.

NO. CR 11-393 TEH

ORDER DIRECTING RESPONSE TO DEFENDANTS' MEMORANDUM REGARDING RESTITUTION

On October 22, 2012, Defendant Richard Tipton filed a memorandum regarding restitution, which Defendants David Lin, Edward Locker, and James Ward have now joined. In the memorandum, Tipton objects to the government's request that the Court issue a restitution order in this case in the amount of $32,273,793. Tipton argues that this figure includes losses that did not result from the criminal conduct of which Defendants have been convicted. The government's memorandum on restitution was filed prior to Tipton's memorandum and does not specifically address the issues of causation raised therein.

Accordingly, it is hereby ORDERED that the government file a response to Tipton's October 22, 2012 memorandum **on or before November 19, 2012.**

**IT IS SO ORDERED.**

Dated: 11/05/2012

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT